IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME ONTARIO DOSTY,

    Petitioner,  No. CIV S-10-1602 DAD

  vs.

GARY SWARTHOUT,

    Respondent.  <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. As directed, respondent filed an Answer on September 1, 2010. Therein, respondent cited the Clerk's Transcript and the unpublished California Court of Appeal opinion and stated an intention to lodge the state appellate record with this court. (Answer To Petition For Writ of Habeas Corpus (Doc. No. 8), at 5). However, no such lodging was thereafter made in this court. Accordingly, IT IS ORDERED that, within thirty days from the date of this order, Respondent shall lodge with this court the state appellate record.

DATED: April 26, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:an
Dosty1602.o